IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID BRENT OLSON, SR.,

    Plaintiff,

v.                                             CV 13-0231 WPL

CITY OF ALBUQUERQUE, et al.,

    Defendants.

## ORDER TO AMEND COMPLAINT

David Brent Olson, Sr. filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against the City of Albuquerque ("City"), the Albuquerque Police Department ("APD"), and twenty-four Doe Defendants alleging that he was arrested for videotaping the officers while they were conducting a stop of a third party. (Doc. 1) Olson has not alleged facts to support a municipal liability claim under § 1983 against the City or the APD, such as through allegations of a pattern or practice of similar arrests or a manual that permits such arrests. He has also failed to specifically name the arresting officers, whose names should be on his arrest documents. However, Olson should be permitted to amend his complaint to correct those errors so that the proper parties may be named and served. Olson is ordered to file an amended complaint to cure the aforementioned defects no later than **April 18, 2013**.

IT IS SO ORDERED.

                                                                                      */s/ William P. Lynch*
                                                                   William P. Lynch
                                                                   United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.